# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE ONE; JOHN DOE TWO; and JOHN DOE THREE, on behalf of themselves and all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>CAREMARK, L.L.C.;<br>FISERV, INC.;<br>FISERV SOLUTIONS, LLC; and DEFENDANTS DOES 1–10,<br><br>*Defendants.* | Case No. 2:18-cv-238<br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br>CAREMARK, L.L.C.,<br><br>*Defendant.* | Case No. 2:18-cv-488<br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
<u>PRELIMINARY APPROVAL</u>**

Plaintiffs hereby move the Court for an extension of time for Plaintiffs to file their Motion for Preliminary Approval of the Class Settlement. On May 17, 2019, Plaintiffs and Defendants jointly informed the Court that Plaintiffs and Caremark reached an agreement as to the core terms of a class action settlement that will resolve all claims against all Defendants and executed a term sheet, and requested a deadline of July 1, 2019 to move for Preliminary Approval. Plaintiffs request an extension to August 16, 2019. Plaintiffs have met-and-conferred with counsel for Defendants and they do not oppose the extension.

1

Plaintiffs therefore request the Court grant an extension of Plaintiffs' deadline to move for Preliminary Approval to August 16, 2019.

Dated:  July 1, 2019 　　　　　　　　　Respectfully submitted,

By:  /s/ *Michael J. Boyle, Jr.*

MEYER WILSON CO., LPA
David P. Meyer (0065205)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (0072925)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (0091162)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 819-8230

LAMBERT LAW FIRM, LLC
Marnie C. Lambert (0073054)
4889 Sawmill Road, Suite 125
Columbus, OH 43235
Telephone:  (888) 203-7833
Facsimile:  (888) 386-3098

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (*pro hac vice*)
Email: lking@kaplanfox.com
Matthew B. George (*pro hac vice*)
Email: mgeorge@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:  415-772-4707

Joel B. Strauss (admitted *pro hac vice*)
850 Third Aveneue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email:  jstrauss@kaplanfox.com

*Attorneys for Plaintiff John Doe and the Proposed Class*

2

By:   /s/ *Henry Quillen (per email authoritzation)*

WHATLEY KALLAS LLP
HENRY QUILLEN (admitted *pro hac vice*)
JOE R. WHATLEY (admitted *pro hac vice*)
EDITH M. KALLAS (admitted *pro hac vice*)
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Telephone: (212) 447-7060
Fax: (800) 922-4851
jwhatley@whatleykallas.com
ekallas@whatleykallas.com

ALAN M. MANSFIELD (admitted *pro hac vice*)
206 Park Blvd. Suite 603
San Diego, CA 92101
Telephone: (858) 674-6641
Fax: (855) 274-1888
amansfield@whatleykallas.com

Terry L. Kilgore
1113 Northridge Oval, Bldg.13
Brooklyn, OH 44144-3262
Telephone: (614) 648-6009
Fax: (216) 600-5494
tksquire13@gmail.com

Benjamin R. Powell (admitted *pro hac vice*)
Gerald S. Flanagan (admitted *pro hac vice*)
CONSUMER WATCHDOG
6330 San Vicente Blvd., Ste. 250
Los Angeles , CA  90048
Telephone:  310-392-0522
Fax: 310-392-8874
Email:Ben@consumerwatchdog.Org
Email:Jerry@consumerwatchdog.Org

*Attorneys for Plaintiffs John Doe One, Two, Three and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via the Court's ECF system and was thereby served on all parties.

By: /s/ *Michael J. Boyle, Jr.*
Michael J. Boyle, Jr.

*One of the Attorneys for Plaintiffs*