UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE ONE; JOHN DOE TWO;
JOHN DOE THREE, on behalf of themselves
and all similarly situated individuals;

    Plaintiffs,

v.

CAREMARK, L.L.C.; FISERV, INC.,
FISERVE SOLUTIONS, LLC; and
DEFENDANTS DOES 1-10,

    Defendants.

and

JOHN DOE, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

CAREMARK, LLC,

    Defendant.

Case No. 2:18-cv-238
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

Case No. 2:18-cv-488
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension to File Motion for Preliminary Approval of the Class Settlement. (238 ECF No. 87; 488 ECF No. 65). For good cause shown, the Joint Motion (238 ECF No. 87; 488 ECF No. 65) is **GRANTED**. The Motion for Preliminary Approval of Class Settlement is due on or before **September 11, 2019**.

IT IS SO ORDERED.

9-6-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE